UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ) | |
| ) | |
| ADAM OLSEN, ) | Case No. 07-00400-SMT |
| ) | Chapter 7 |
| Debtor. ) | |
| _____ ) | |

## ORDER TO SHOW CAUSE WHY SAMUEL DAVIS AND CHRISTOPHER KANOUNOS SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATION OF THE DISCHARGE INJUNCTION

Upon consideration of the Motion filed by Adam Olsen, and good cause having been shown, IT IS by the United States Bankruptcy Court for the District of Columbia,

ORDERED: That, within thirty (30) days of the entry of this Order, Samuel Davis and Christopher Kanounos shall show cause in writing, why they should not be held in contempt of this Court for violation of the discharge injunction provided by 11 U.S.C. §524.

Copies to:

Steven H. Greenfeld, Esq.
Bryan Ross, Esq.
Office of the U.S. Trustee
Christopher Karounos, Esq
Samuel Davis, Esq.

**END OF ORDER**