Official Form 6F (10/06)

In re __Adam S. Olsen_____,    Case No. __07-00400_____
        Debtor                                            (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3004 American Express c/o Jaffe & Asher, LLP 1107 Goffle Road Hawthorne, NJ 07506 | X | | Incurred: 2001 Consideration: Credit card debt | | | | Notice Only |
| ACCOUNT NO. 0495 American Express c/o Law Office of Mitchell Kaye Seven Penn Plaza, 18th Floor New York, NY 10001 | X | | Consideration: Credit card debt | | | | 35,600.00 |
| ACCOUNT NO. Aurora Barcelona Maid Service 3206 Wisconsin Avenue Washington, DC 20016 | | | Incurred: 2005 Consideration: Maid Services | | | | 500.00 |
| ACCOUNT NO. Brain Snyder 40 East 83rd Street New York, NY 10036 | | | Incurred: 2006 Consideration: Personal loan | | | | 33,000.00 |

__14__ continuation sheets attached    Subtotal ▶ $ 69,100.00
                                        Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re  Adam S. Olsen  ,   Case No.  07-00400
        Debtor                                                    (If known)

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Capital Hill Dental<br>412 Fist Street, SE<br>Washington, DC 20003 | | | Incurred: 2000<br>Consideration: Medical Services | | | | 1,410.00 |
| ACCOUNT NO. 3683<br>Capital One<br>Attn: General Correspondence<br>PO Box 30285<br>Salt Lake City, UT 84130-0289 | | | Incurred: 2006<br>Consideration: Credit card debt | | | | 1,697.06 |
| ACCOUNT NO. 3683<br>Capital One<br>c/o Northland Group<br>PO Box 390846<br>Edina, MN 55439 | | | Consideration: Credit card debt | | | | Notice Only |
| ACCOUNT NO.<br>Capital One<br>c/o RAB, Inc.<br>PO Box 34111<br>Memphis, TN 38184 | | | | | | | Notice Only |
| ACCOUNT NO.<br>Citibank LLC II Checking Overdraft<br>100 Citibank Drive<br>San Antonio, TX 78245 | | | Incurred: 2005 | | | | 207.00 |

Sheet no. 1 of 14 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 3,314.06

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re  Adam S. Olsen                        ,           Case No.  07-00400
                  Debtor                                              (If known)

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Clive S. Cummis, Esquire<br>Sills, Cummis, Epstein & Gross, P.C.<br>One Riverfront Plaza<br>Newark, NJ 07102 | | | Incurred: 2003<br>Consideration: Personal loan | | | | 15,000.00 |
| ACCOUNT NO. 4536<br>Credit One Visa<br>PO Box 98873<br>Las Vegas, NV 89193 | | | Incurred: 2006<br>Consideration: Credit card debt | | | | 963.84 |
| ACCOUNT NO. 1650<br>Dav El Reservation Services<br>200 Second Street<br>Chelsea, MA 02150 | | | Incurred: 2001 | | | | 3,962.55 |
| ACCOUNT NO.<br>DC Regulatory Agency<br>941 North Capital Street, NE<br>Washington, DC 20002 | | | Incurred: 2005<br>Consideration: registration fee | | | | 250.00 |
| ACCOUNT NO.<br>DC Treasurer<br>Office of Tax & Revenue<br>PO Box 7792<br>Washington, DC 20044-7792 | | | Consideration: 2000 Taxes | | | | 500.00 |

Sheet no. 2 of 14 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  20,676.39

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc. ver. 4.2.3-701 - 30858 - Adobe PDF

Official Form 6F (10/06) - Cont.

In re __Adam S. Olsen_____,  Case No. __07-00400__
　　　　　Debtor　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Diego F. Calderon<br>Washington Home Mortgage<br>7508 Wisconsin Avenue<br>Bethesda, MD 20814 | | | | | | | Notice Only |
| ACCOUNT NO.<br>Diener Jewelers<br>1133 19th Street<br>Washington, DC 20036 | | | Incurred: 2005<br>Consideration: pawnshop | | | | 8,000.00 |
| ACCOUNT NO.<br>Dominick DeCarlo<br>Mario Saracino, Jr.<br>c/o Main Street Title Company<br>210 River Street<br>Hackensack, NJ 07601 | | | Incurred: 2001-2003<br>Consideration: Personal loan | | | | 105,000.00 |
| ACCOUNT NO.<br>Downey McGrath Office Rent<br>c/o Downey McGrath Group<br>1225 I Street, NW, Ste. 600<br>Washington, DC 20005 | | | Incurred: 2005<br>Consideration: Office Space | | | | 12,893.87 |
| ACCOUNT NO.<br>Dr. Phillip Affuso<br>c/o Urologic Specialites<br>106 Grand Avenue<br>Englewood, NJ 07631 | | | Incurred: 2002<br>Consideration: Personal loan | | | | 11,250.00 |

Sheet no. _3_ of _14_ continuation sheets attached　　　　　　　　　　　　　　　　Subtotal▶　$ 137,143.87
to Schedule of Creditors Holding Unsecured
Nonpriority Claims　　　　　　　　　　　　　　　　　　　　　　　　　　　Total▶　$
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re __Adam S. Olsen_____,    Case No. __07-00400_____
　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Erick Mullen<br>c/o Finkelstein and Horwitz<br>7315 Wisconsin Avenue, #400 East<br>Bethesda, MD 20814 | | | Incurred: 2005<br>Consideration: Personal loan and attorney fees | | | | 9,800.00 |
| ACCOUNT NO.<br>Fort Washington Marina<br>13600 King Charles Terrace<br>Fort Washington, MD 20744 | | | Incurred: 2001<br>Consideration: Storage | | | | 2,000.00 |
| ACCOUNT NO.<br>Gephardt for President<br>c/o Judith Corley, Esquire<br>607 14th Street, NW<br>Washington, DC 20005 | | | Incurred: 2005 | | | | 3,455.00 |
| ACCOUNT NO.<br>Graves Design<br>c/o Russell B. Abrams, II Esquire<br>6723 Whittier Avenue, #302<br>McLean, VA 22101 | | | Incurred: 2006<br>Consideration: Business Expense | | | | 7,059.56 |
| ACCOUNT NO.<br>HSBC<br>c/o Superior Asset Management<br>PO Box 468089<br>Atlanta, GA 31146 | | | | | | | Notice Only |

Sheet no. _4_ of _14_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶　$　22,314.56

Total▶　$
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-701 - 30858 - Adobe PDF

Official Form 6F (10/06) - Cont.

In re  Adam S. Olsen  ,  Case No. 07-00400
       Debtor                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6501<br>HSBC Visa<br>c/o Law office of Jane Jones<br>PO Box 17051<br>Baltimore, MD 21297 | | | Incurred: 2006<br>Consideration: Credit card debt | | | | 700.00 |
| ACCOUNT NO.<br>Internal Revenue Service<br>Philadelphia, PA 19255 | | | Consideration: 2000 taxes | | | | 1,099.00 |
| ACCOUNT NO.<br>Jack Cavari<br>620 Sunset Avenue<br>Haworth, NJ 07641 | | | Incurred: 2003<br>Consideration: Personal loan | | | | 16,000.00 |
| ACCOUNT NO.<br>James L. O'Dea, III Esquire<br>1114 14th Street, NW<br>Suite 100<br>Washington, DC 20005 | | | Incurred: 2000-2007<br>Consideration: Legal Services | | | | 60,000.00 |
| ACCOUNT NO.<br>James R. Loving<br>c/o Trustco Capital<br>50 Hurt Plaza, Ste. 1400<br>Atlanta, GA 30303 | | | Incurred: 2000<br>Consideration: Personal loan | | | | 2,000.00 |

Sheet no. 5 of 14 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $ 79,799.00

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re  Adam S. Olsen                          ,          Case No.  07-00400
              Debtor                                              (If known)

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>James V. Cerullo<br>8505 Bergenline Avenue<br>North Bergen, NJ 07047 | | | Incurred: 2006<br>Consideration: Personal loan | | | | 35,000.00 |
| ACCOUNT NO.<br>Jennifer Makeef<br>1221 South Eads Street<br>Apt. 407<br>Arlington, VA 22202 | | | Incurred: 2005 | | | | 5,515.00 |
| ACCOUNT NO. 0581<br>Las Vegas Life Magazine<br>PO Box 15248<br>North Hollywood, CA 91615 | | | Incurred: 2006<br>Consideration: subscription | | | | 15.00 |
| ACCOUNT NO. 3580<br>Maryland MVA Fine<br>300 West Preston Street<br>Fifth Floor<br>Baltimore, MD 21201 | | | Incurred: 2001<br>Consideration: Fine | | | | 7,500.00 |
| ACCOUNT NO.<br>Matthew Moore<br>Shulman, Rogers, Gandal, Pordy & Ecker<br>11921 Rockville Pike<br>Rockville, MD 20852 | | | | | | | Notice Only |

Sheet no. 6 of 14 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $ 48,030.00

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re  Adam S. Olsen                        ,        Case No.  07-00400
           Debtor                                              (If known)

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Meridan Rehab<br>c/o Raul N. Rodriguez, Esquire<br>1011 Pennsylvania Street, Unit B<br>Denver, CO 80203 | | | Incurred: 2005 | | | | 3,700.00 |
| ACCOUNT NO.<br>Meyer Marine<br>621 Mayo Road<br>Edgewater, MD 21037 | | | Incurred: 2000<br>Consideration: Boat Repair | | | | 412.00 |
| ACCOUNT NO.<br>Michael Jabara<br>2709 Pinto Lane<br>Las Vegas, NV 89107 | | | Incurred: 2005<br>Consideration: Personal loan | | | | 11,000.00 |
| ACCOUNT NO. 5052<br>Millennium Square Residential Assoc.<br>c/o Colonial Bank<br>PO Box 628207<br>Orlando, FL 32862 | | | Incurred: 2006 | | | | 36.00 |
| ACCOUNT NO.<br>Muslim Lakhani<br>1111 23rd Street, NW<br>Unit PH2A<br>Washington, DC 20037 | | | Incurred: 2006<br>Consideration: Personal loan | | | | 5,000.00 |

Sheet no. 7 of 14 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  20,148.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re  Adam S. Olsen                        ,  Case No.  07-00400
　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9027<br>National Demoractic Club<br>c/o RA Rogers, Inc.<br>PO Box 3302<br>Crofton, MD 21114 | | | Incurred: 2000 | | | | 685.00 |
| ACCOUNT NO. 8133<br>National Geographic Magazine<br>PO Box 63001<br>Tampa, FL 33663 | | | Incurred: 2006<br>Consideration: subscription | | | | 19.00 |
| ACCOUNT NO.<br>New Jersey Monthly Magazine<br>PO Box 5479<br>Harlan, IA 51593 | | | Incurred: 2006<br>Consideration: subscription | | | | 19.95 |
| ACCOUNT NO. 3068<br>New York Magazine<br>c/o National Credit Audit Corp.<br>8512 Allen Road<br>Peoria, IL 61615 | | | Incurred: 2006<br>Consideration: subscription | | | | 17.97 |
| ACCOUNT NO. 4371<br>New York Times<br>PO Box 371456<br>Pittsburgh, PA 15250 | | | Incurred: 2006<br>Consideration: subscription | | | | 99.43 |

Sheet no. 8 of 14 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal> $ 841.35

Total> $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-701 - 30858 - Adobe PDF

Official Form 6F (10/06) - Cont.

In re __Adam S. Olsen_____,   Case No. __07-00400_____
         Debtor                                              (If known)

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>New York Times<br>PO Box 371456<br>Pittsburgh, PA 15250 | | | Incurred: 2006<br>Consideration: subscription | | | | 100.00 |
| ACCOUNT NO.<br>Oommen P. Mammen<br>2725 Connecticut Avenue, NW<br>Washington, DC 20008 | | | Incurred: 2002<br>Consideration: Personal loan and attorney fees | | | | 65,000.00 |
| ACCOUNT NO. 5901<br>PEPCO<br>c/o Capital Recovery Services, LLC<br>PO Box 11598<br>Jacksonville, FL 32239 | | | | | | | 486.47 |
| ACCOUNT NO. 8959<br>Pepco<br>PO Box 97274<br>Washington, DC 20006 | | | Incurred: 2006 | | | | 600.00 |
| ACCOUNT NO. S00V<br>Robb Report Magazine<br>PO Box 545<br>Mt. Morris, IL 61054 | | | Incurred: 2006<br>Consideration: subscription | | | | 100.00 |

Sheet no. __9__ of __14__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $ 66,286.47

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re  Adam S. Olsen                       ,          Case No.  07-00400
             Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Robert Green<br>c/o Douglas Woodburn, Esq.<br>500 South Taylor, Ste. 1110 LB 264<br>Amarillo, TX 79101 | | | Incurred: 2001<br>Consideration: Personal loan | | | | 35,000.00 |
| ACCOUNT NO.<br>Robert Pleshaw, Esquire<br>1111 14th Street, NW<br>Suite 1000<br>Washington, DC 20005 | | | Incurred: 2005<br>Consideration: Legal Services | | | | 1,400.00 |
| ACCOUNT NO.<br>Rodriquez and Associates<br>c/o Raul N. Rodriquez, Esquire<br>1011 Pennsylvania Street, Unite B<br>Denver, CO 80203 | | | Incurred: 2000<br>Consideration: Legal Services | | | | 110,000.00 |
| ACCOUNT NO.<br>Rogelyn D. McLean<br>Crowell Moring<br>1001 Pennsylvania Avenue<br>Washington, DC 2004 | | | | | | | Notice Only |
| ACCOUNT NO.<br>RSM McGladrey<br>6701 Democracy Blvd., Ste. 600<br>Bethesda, MD 20814 | | | Incurred: 2000<br>Consideration: accounting services | | | | 500.00 |

Sheet no. 10 of 14 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $  146,900.00

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re __Adam S. Olsen_____, Case No. __07-00400__
          **Debtor**                                                 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Samuel Davis, Esquire<br>Davis, Saperstein and Soloman<br>375 Cedar Lane<br>Teaneck, NJ 07666 | | | Incurred: 2006<br>Consideration: Personal loan | | | | 27,500.00 |
| ACCOUNT NO.<br>Sports Club LA<br>1170 22nd Street, NW<br>Washington, DC 20037 | | | Incurred: 2005<br>Consideration: Gym expenses | | | | 383.00 |
| ACCOUNT NO. 6125<br>Starpower<br>c/o Corporate Collection Services<br>23645 Mercantile Road<br>Cleveland, OH 44122 | | | Incurred: 2001<br>Consideration: cable expense | | | | 373.00 |
| ACCOUNT NO. O176<br>The Ritz Carlton Hotel Company<br>c/o C. Lawrence Wiser, Esq.<br>10605 Concord Street, Ste. 400<br>Kensington, MD 20895 | | | Incurred: 2001<br>Consideration: House Account | | | | 27,300.00 |
| ACCOUNT NO.<br>The Ritz Carlton Hotel Company, LLC<br>4445 Willard Avenue<br>Suite 800<br>Chevy Chase, MD 20815 | | | | | | | Notice Only |

Sheet no. __11__ of __14__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                         Subtotal➤ | $ | 55,556.00

                                         Total➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-701 - 30858 - Adobe PDF

Official Form 6F (10/06) - Cont.

In re **Adam S. Olsen**, Case No. **07-00400**
Debtor (If known)

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Thomas K. and Deborah Jones<br>c/o Carol Blumenthal and Ed Cordone<br>Blumethal and Cordone<br>1700 17th Steet, NW, Ste. 301<br>Washington, DC 20009 | | | | | | | Notice Only |
| ACCOUNT NO.<br>Thomas Kensington Jones<br>Deborah Jones<br>6405 West Mercer Way<br>Mercer Island, WA 98040 | | | Incurred: 2006-2007<br>Consideration: rent | | | | 62,000.00 |
| ACCOUNT NO. 4094<br>Time Magazine<br>3300 University Center Drive<br>Tampa, FL 33612 | | | Incurred: 2006<br>Consideration: subscription | | | | 31.67 |
| ACCOUNT NO. 9388<br>Travelers Insurance<br>Po Box 59059<br>Knoxville, TN 37950 | | | Incurred: 2006<br>Consideration: home insurance | | | | 181.00 |
| ACCOUNT NO. 0820<br>United States Department of Education<br>PO Box 530260<br>Atlanta, GA 30353 | | | Incurred: 1997<br>Consideration: Student Loans | | | | 29,687.60 |

Sheet no. **12** of **14** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $ 91,900.27

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re  Adam S. Olsen                            ,     Case No.  07-00400
            Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Vanity Fair<br>PO Box 37678<br>Boone, IA 50037 | | | Incurred: 2006<br>Consideration: subscription | | | | 30.00 |
| ACCOUNT NO. 0755<br>Vegas Magazine<br>PO Box 15248<br>North Hollywood, CA 91615 | | | Incurred: 2006<br>Consideration: subscriptions | | | | 32.95 |
| ACCOUNT NO. 3901<br>Wachovia<br>c/o Law Office of Mitchell Kay<br>PO Box 9006<br>Smithtown, NY 11787 | | | Incurred: 2003 | | | | 3,004.66 |
| ACCOUNT NO. 6755<br>Wall Street Journal<br>200 Burnett Road<br>Chicopee, MA 01020 | | | Incurred: 2006<br>Consideration: subscription | | | | 227.36 |
| ACCOUNT NO. 0037<br>Washington Magazine<br>PO Box 5530<br>Harlan, IA 51593 | | | Incurred: 2006<br>Consideration: subscription | | | | 19.95 |

Sheet no. 13 of 14 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $  3,314.92

Total▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re __Adam S. Olsen_____,    Case No. __07-00400_____
              Debtor                                                  (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9615<br>Washington Post<br>PO Box 85680<br>Richmond, VA 23285 | | | Incurred: 2006<br>Consideration: subscription | | | | 150.00 |
| ACCOUNT NO. 5925<br>Washington Times<br>PO Box 959<br>College Park, MD 20797 | | | Incurred: 2006<br>Consideration: subscription | | | | 63.45 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __14__ of __14__ continuation sheets attached    Subtotal ➤    $    213.45
to Schedule of Creditors Holding Unsecured
Nonpriority Claims    Total ➤    $    765,538.34
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-701 - 30858 - Adobe PDF