SUPERIOR COURT BERGEN COUNTY
FILED

NOV 04 2015

*Laura A. [signature]*
DEPUTY CLERK

Date Filed 11/4/15
Payment # 1213
CA CK CC MO CG
Amount 250
Payor Karounos
Batch/Ref/Case # 450

**KAROUNOS & ASSOCIATES, LLC;**
**CHRISTOPHER T. KAROUNOS, ESQ.**
17 Chamberlain Avenue
Elmwood Park, NJ 07407
(o) 201-376-7853
(f) 201-701-0329
Christopher T. Karounos, Esq. ID# 43312006
Attorney for Plaintiff
File: SLD001.olsn01

RECEIVED

NOV 04 2015

SUPERIOR COURT OF NEW JERSEY
COUNTY OF BERGEN
FINANCE DIVISION

| SAMUEL DAVIS, | SUPERIOR COURT OF NEW JERSEY |
| *Plaintiff*, | BERGEN COUNTY – LAW DIVISION |
| v. | DOCKET NO.: BER-L – 9588-15 |
| ADAM S. OLSEN | Civil Action |
| *Defendants*. | **COMPLAINT,** **JURY DEMAND and** **DESIGNATION OF TRIAL COUNSEL** |

Plaintiff, Samuel Davis, (herewith "Plaintiff" or "Davis"), with a business address of 375 Cedar Lane, Township of Teaneck, County of Bergen, State of New Jersey, by way of Complaint against the Defendants says:

**FACTUAL BACKGROUND**

1. The Defendant Adam S. Olsen (herewith "Defendant" or "Olsen") is an individual whose address is 777 7th Street, NW #1102, Washington, D.C.

2. On September 27, 2015, Defendant Olsen executed and delivered a Promissory Note (the "Note") to Plaintiff, Davis, in the principal sum of Twenty-Eight-Thousand-Dollars ($28,000.00) with agreed upon fixed interest of Seven-Thousand-Dollars ($7,000), for a total

-1-


EXHIBIT C

Note Amount due of Thirty-Five-Thousand-Dollars ($35,000.00), (the "Loan") plus interest at the fixed rate of 22% per year if the entire Loan was not paid within the terms therein described, and as defined by the terms of the Note. A true copy of the Note is annexed hereto and incorporated herein as **Exhibit A**.

3. The terms and conditions of the Note provided for installments payments beginning with Fifteen-Hundred-Dollars ($1,500.00) by October 15, 2015, and then Twenty-Five-Hundred Dollars ($2,500.00) by November 1, 2015, another Twenty-Five-Hundred Dollars ($2,500.00) by December 1, 2015, and so on per the terms of the Note.

4. The Loan, inclusive of principal and interest, was to be paid and satisfied by June 15, 2016, under the stated "Payments" paragraph of the Note. (See **Ex. A.**).

5. The Note also contains a paragraph whereby Defendant Olsen specifically consented that the Note "will be governed by and construed under the laws of the State of New Jersey, without regard to conflicts-of-laws principles that would require the application of any other law." Id.

6. Also included is a provision for a $1,000.00 late charge for any payment not received within seven (7) days of its scheduled payment date.

7. The Note also contains a DEFAULT paragraph, whereby the entire unpaid balance of the Note becomes immediately due and owing if Defendant fails to make any payment required by the "Note within ten (10) days after its due date," or "fails to keep any of the promises" made in the Note. Id.

8. The Note also contains a COLLECTION AND ATTORNEY'S FEES paragraph making Defendant liable for "all collection costs including, but not limited to, reasonable attorney's fees." Id.

-2-

9. The Note further contains a WAIVERS paragraph whereby Defendant specifically waived the right to require Lender/Plaintiff to "(a) Demand payment ('Presentment'); (b) Notify [Defendant] of a non-payment ('Notice of Dishonor'); and (c) Obtain an official certified statement showing non-payment ('A Protest')."

10. Defendant Olsen had not made payments in accordance with the Note's terms and conditions and has not made payments within ten (10) days of the payment due date.

11. The Note is in Default by virtue of Defendant Olsen's failure and refusal to make payments in accordance with the terms and conditions of the Note.

12. As the Note specifically waives the need for formal acts of Presentment, Notice of Dishonor or Protest to enforce Plaintiff's rights, the within action is ripe and being filed without the aforesaid formal acts.

13. Pursuant to the DEFAULT paragraph of the Note, the Plaintiff has accelerated Defendant's unpaid obligations evidenced by the Note.

14. The Plaintiff is entitled to the outstanding principal sum due, plus accruing interest, plus $1,000 late fee for the October 15, 2015 missed payment, and reasonable attorney's fees, and costs of suit as a result of Defendant's default, and additional per diem interest at the default rate until payment of the outstanding principal, interest and other charges on the Note has been made in full.

15. By virtue of Defendant's default, the Plaintiff has previously elected and does again hereby elect that the entire balance of the principal indebtedness of the Note, together with all unpaid accrued interest, late charges, attorney's fee and costs of suit shall become and is now immediately due and payable.

## FIRST COUNT
### Breach of Contract

16. The Plaintiff realleges the allegations contained in all prior paragraphs as if set forth fully herein.

17. There is due and owing under the Note the proximate sum of $36,000.00, representing the unpaid principal, interest, and late fees due on the Note. This amount is before calculating default interest, attorney's fees, costs of collection and/or costs of suit.

18. The Defendant has failed to pay the sums due and owing.

19. The Plaintiff has demanded payment, but the Defendant has refused to make payment.

20. As a result, the Plaintiff has been damaged.

**WHEREFORE**, Plaintiff Davis demands judgment against Defendant, Olsen on the Complaint for:

a. Compensatory damages;
b. Interest;
c. Costs of suit;
d. Attorney's fees;
e. Late charges; and
f. Such other and further relief as this court may deem equitable and just.

and alleges as follows:

## SECOND COUNT
### Book Account Balance

19. The Plaintiff repeats and realleges the allegations contained in all preceding Paragraphs as if set forth fully herein.

-4-

20. The Plaintiff has on its accounts a book account balance in the proximate amount of $36,000.00, representing the unpaid principal, interest, and late fees due on the Note. This amount is before calculating default interest, attorney's fees, costs of collection and/or costs of suit.

21. The Defendant has failed to pay this book account balance.

22. As a result, the Plaintiff has been damaged.

**WHEREFORE**, Plaintiff, Davis demands judgment against Defendant, Olsen on the Complaint for:

g. Compensatory damages;
h. Interest;
i. Costs of suit;
j. Attorney's fees;
k. Late charges; and
l. Such other and further relief as this court may deem equitable and just.

and alleges as follows:

### JURY DEMAND

The Plaintiff hereby demands a trial by jury as to all issues.

### DESIGNATION OF TRIAL COUNSEL

Pursuant to Rule 4:25-4, Christopher T. Karounos, Esq. is hereby designated as trial counsel of this matter.

        KAROUNOS & ASSOCIATES, LLC,
        CHRISTOPHER T. KAROUNOS, ESQ.
        Attorney for Plaintiff

        By: _____
        Christopher T. Karounos
        For the Firm

Dated: November 2, 2015

## CERTIFICATION

Pursuant to R. 4:5-1, the undersigned certifies that, to the best of his knowledge, the within matters in controversy are not the subject of any other action pending in any other court or of a pending arbitration proceeding nor is any action or arbitration proceeding contemplated nor are other parties required to be joined in this action. In addition, I recognize the continuing obligation of each party to file and serve on all parties and the Court an amended certification if there is a change in the facts stated in this original certification.

                                              KAROUNOS & ASSOCIATES, LLC,
                                              CHRISTOPHER T. KAROUNOS, ESQ.
                                              Attorney for Plaintiff

                                              By: _____
                                                  Christopher T. Karounos
                                                  For the Firm

Dated: November 2, 2015