## FORM A

**Superior Court Of New Jersey**
**Law Division**

Adam S. Olsen
*Your Name (first, middle, last)*

Bergen ☐ County
Docket Number: BER-L-9588-15

777 7th Street, N.W. Unit 1102
*Street Address*

Washington, DC 20001
*Town, State, Zip Code*

202 263 9123
*Telephone Number*

Samuel Davis
**Plaintiff**

v.

Adam S. Olsen
**Defendant**

SUPERIOR COURT BERGEN COUNTY
FILED
JUN 15 2016

*[signature]* CIVIL ACTION
DEPUTY CLERK   Answer

The defendant, Adam S. Olsen, answers the plaintiff's claim as follows:
*(your name)*

(State whether you agree or disagree with each paragraph of the plaintiff's complaint. If additional room is needed, attach a separate sheet.)

1. Admit

2. Deny. Defendant delivered proposed edits to a promissory note to plaintiff.

3. Deny.

4. Deny.

5. Deny.

Date Filed 6/15/16
Payment # 1413
CA ☒CK ☐CC ☐MO ☐CG
Amount 175
Payor Olson
Batch/Ref/Case # 295

Revised 11/2014, CN 10554
(How to File an Answer to a Complaint in the Superior Court of New Jersey - Law Division - Civil Part)

EXHIBIT
D

Exhibit D   Page 2 of 4
BER-L-009588-15   06/06/2019 12:31:43 PM Pg 2 of 3 Trans ID: LCV2019995695

**WHEREFORE,** the defendant demands judgment dismissing the complaint with costs.

### AFFIRMATIVE DEFENSE(S)

(State the reasons why you disagree with plaintiff's complaint or why what you did or did not do is not a matter for court. If additional room is needed, attached a separate sheet.)

1. This loan was for $20,000 and was originally made in November 2006 and was discharged in a bankruptcy proceeding in November 2007. (Bankruptcy petition 700400- Washington DC- Discharged 11-06-2007

2. Defendant wished to do right by plaintiff and made partial payment in 2015 and under pressure responded to plaintiff's proposed repayment schedule with edits and sent a non notorized note back to plaintiff by email for his consideration. Defendant never heard from plaintiff after proposed note was sent.

3. Lawsuit was filed in November 2015 but not served on defendant until May 2016 and the service of the lawsuit has numerous issues. Defendant wishes to settle this lawsuit for original amount owed plaintiff and has made numerous attempts to reach him to do that.

### CERTIFICATION OF NO OTHER ACTIONS

I certify that this dispute is not the subject of any other action pending in any other court or a pending arbitration proceeding to the best of my knowledge and belief. Also, to the best of my knowledge and belief, no other action or arbitration proceeding is contemplated. Further, other than the parties set forth in this complaint, I know of no other parties that should be made a part of this lawsuit. In addition, I recognize my continuing obligation to file and serve on all parties and the court an amended certification if there is a change in the facts stated in this original certification.

Dated: 06/14/2016     Signature: _____

### CERTIFICATION REGARDING FILING AND SERVICE

The undersigned hereby certifies that a copy of this pleading was served and filed within the time permitted by the court rules.

Dated: 06/14/2016     Signature: _____

**OPTIONAL:** If you would like to have a judge decide your case, do not include the following paragraph in your complaint. If you would prefer to have a jury to decide your case, please sign your name after the following paragraph.

### DEMAND FOR TRIAL BY JURY

TAKE NOTICE that the defendant demands a trial by jury on all issues.

Dated: 06/14/2016     Signature: _____

**KAROUNOS & ASSOCIATES, LLC,**
**CHRISTOPHER T. KAROUNOS, ESQ.**
17 Chamberlain Avenue
Elmwood Park, NJ 07407
(201) 376-7853
Attorney ID# 43312006
Attorney for Plaintiff Samuel Davis

**FILED**

**JUL 2 6 2018**

**ROBERT C. WILSON, J.S.C.**

| SAMUEL DAVIS, | SUPERIOR COURT OF NEW JERSEY |
| *Plaintiff*, | BERGEN COUNTY - LAW DIVISION |
| v. | DOCKET NO. BER-L-9588-15 |
| ADAM S. OLSEN, | CIVIL ACTION |
| Defendants. | **CONSENT ORDER ENTERING JUDGMENT** |

**THIS MATTER** being presented to the Court by Karounos & Associates, LLC, Christopher T. Karounos, Esq. (Christopher T. Karounos, Esq., appearing) attorney for the Plaintiff, Samuel Davis, on notice to, and with the consent of Pro Se Defendant, Adam Olsen, for Entry of an Order Entering Judgment, pursuant to Settlement Placed on the record in the presence of the Hon. Robert C. Wilson, J.S.C. on June 13, 2018, and the Court having considered the Parties' Settlement testimony, and good cause having been show;

IT IS, on this 26th day of JULY, 2018,

**ORDERED**, that pursuant to the settlement terms acknowledged on the record on the June 13, 2018 scheduled trial date in this matter, Judgment in the amount Fifty Thousand Dollars ($50,000.00) is hereby entered on behalf of Plaintiff, Samuel Davis, and against Defendant, Adam Olsen; and it is further

**ORDERED**, that the Plaintiff's attorney shall only File this Order Entering Judgment if Defendant defaults on any term agreed to during the June 13, 2018 appearance, or in accordance with any Release executed by the Parties; and it is further

ORDERED, that a copy of this Order shall be served upon Defendant Adam Olsen within seven (7) days of the date hereof.

_____
HON. ROBERT C. WILSON, J.S.C.

Pursuant to R. 4:42-1(d) the undersigned
attorney for the Plaintiff represents that Plaintiff
and Pro Se Defendant Adam Olsen consented to
the form and entry of the foregoing Order during the
June 13, 2018 Settlement on the Record.

**KAROUNOS & ASSOCIATES, LLC,**
**CHRISTOPHER T. KAROUNOS ESQ.**
Attorney for Plaintiff

BY: _____
Christopher T. Karounos, Esq.

Dated: July 3, 2018