June 12, 2018

The Honorable Robert Wilson, JSC

Bergen County Superior Court

10 Main Street

Second Floor

Hackensack, NJ 07601

*VIA FAX: (201) 371-1152*

**Samuel Davis v. Adam Olsen**

**Docket No.: BER-L- 9588 -15**

Dear Judge Wilson,

I write concerning a matter before Your Honor at 9:00 am tomorrow. I was informed today at 4 pm by Christopher T. Karounos, Esq, attorney for Sam Davis, that we will be before you tomorrow. I had consented to the adjournment requested by Mr. Karounos yesterday for his scheduling conflict in another county, and so we could continue to work on a settlement. As part of my agreeing to the postponement, I was emphatic with Mr. Karounos that I could **NOT** be in Bergen County on Wednesday, June 13th due to a previous commitment. I work as a lobbyist in Washington, DC and do not live in New Jersey.

This debt was discharged in a bankruptcy in Washington, DC in November 2007. That being said, I have agreed to honor the obligation pending us reaching an agreement.

I would respectfully request Your Honor to consider a two-week continuance, so plaintiffs counsel and I may reach an agreement, sign the settlement documents, and I may make an initial payment towards the agreement. I believe we are both trying to resolve this matter.

Your Honor may reach me at (202) 263 9123 or my office at (202) 400-2543 should you wish to discuss or with further questions.

Respectfully,

Adam S. Olsen

