**KAROUNOS & ASSOCIATES, LLC,**
**CHRISTOPHER T. KAROUNOS, ESQ.**
17 Chamberlain Avenue
Elmwood Park, NJ 07407
(201) 376-7853
Attorney ID# 43312006
Attorney for Plaintiff Samuel Davis

**FILED**

**JUL 2 6 2018**

**ROBERT C. WILSON, J.S.C.**

| SAMUEL DAVIS, | SUPERIOR COURT OF NEW JERSEY |
| --- | --- |
| *Plaintiff,* | BERGEN COUNTY - LAW DIVISION |
| v. | DOCKET NO. BER-L-9588-15 |
| ADAM S. OLSEN, | CIVIL ACTION |
| Defendants. | **CONSENT ORDER ENTERING JUDGMENT** |

**THIS MATTER** being presented to the Court by Karounos & Associates, LLC, Christopher T. Karounos, Esq. (Christopher T. Karounos, Esq., appearing) attorney for the Plaintiff, Samuel Davis, on notice to, and with the consent of Pro Se Defendant, Adam Olsen, for Entry of an Order Entering Judgment, pursuant to Settlement Placed on the record in the presence of the Hon. Robert C. Wilson, J.S.C. on June 13, 2018, and the Court having considered the Parties' Settlement testimony, and good cause having been show;

**IT IS,** on this 26th day of JULY, 2018,

**ORDERED,** that pursuant to the settlement terms acknowledged on the record on the June 13, 2018 scheduled trial date in this matter, Judgment in the amount Fifty Thousand Dollars ($50,000.00) is hereby entered on behalf of Plaintiff, Samuel Davis, and against Defendant, Adam Olsen; and it is further

**ORDERED,** that the Plaintiff's attorney shall only File this Order Entering Judgment if Defendant defaults on any term agreed to during the June 13, 2018 appearance, or in accordance with any Release executed by the Parties; and it is further

**ORDERED**, that a copy of this Order shall be served upon Defendant Adam Olsen within seven (7) days of the date hereof.

_____
HON. ROBERT C. WILSON, J.S.C.

Pursuant to R. 4:42-1(d) the undersigned
attorney for the Plaintiff represents that Plaintiff
and Pro Se Defendant Adam Olsen consented to
the form and entry of the foregoing Order during the
June 13, 2018 Settlement on the Record.

**KAROUNOS & ASSOCIATES, LLC,
CHRISTOPHER T. KAROUNOS ESQ.**
Attorney for Plaintiff

BY: _____
    Christopher T. Karounos, Esq.

Dated: July 3, 2018