The order below is hereby signed.

Signed: November 29 2021



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No. 07-00400-ELG |
| **Adam S. Olsen,** | Chapter 7 |
| Debtor. | |

## ORDER ON DISCHARGED DEBTOR'S MOTION

On November 8, 2021, the Debtor, by counsel, filed his *Discharged Debtor's Motion for an Order Directing the Removal of the Memorandum Decision and Order Striking Motion To Enforce Discharge Injunction and Seek Order of Contempt [Ecf. No. 30] From Govinfo.gov* (ECF No. 40) (the "Motion"). The Motion concerns this Court's *Memorandum Decision and Order Striking Motion to Enforce Discharge Injunction and Seek Order of Contempt* (ECF No. 30) (the "Court's Prior Order") inclusion on GovInfo.gov, a website maintained by the United States Government Printing Office (the "GPO"). The Court's Prior Order was docketed using the event code "Memorandum Opinion" by the Court, resulting in the automatic inclusion of the same on GovInfo.gov.

By the Motion, the Debtor seeks to have the Court's Prior Order removed from GovInfo.gov. In the Motion, the Debtor argues that the Court's Prior Order was procedural and not substantive in nature. The Debtor requests that the Court enter an order directing the Administrative Office of the United States Courts ("AO") to, in turn, direct the GPO to remove

the Court's Prior Order from GovInfo.gov as soon as reasonably practicable. The Court declines to issue such an order.

However, the Court finds that the Debtor's characterization of the Court's Prior Order as procedural is correct, and that cause exists to enter an order that will result in the removal of the Court's Prior Order from GovInfo.com. Therefore, upon consultation with the AO and review of the Motion, the Court finds that the docket entry for the Court's Prior Order should be modified to use the event code "Order." Once modified to the corrected docket event, the Court shall provide prompt notice to the AO of the modification and that the Court's Prior Order should promptly be removed from the GovInfo.gov database and website.

**Therefore, it is ORDERED, ADJUDGED and DECREED that:**

1) The relief requested in the Motion is GRANTED as set forth herein.

2) The Clerk of the Court shall modify the docket event for the Court's Prior Order from "Memorandum Opinion" to "Order."

3) Once the Clerk has modified the docket event for the Court's Prior Order, the Court shall provide a copy of this Order and notify the AO of the modification to the docket.

4) This case shall remain open for fourteen (14) days from entry of this Order, during which time the Court's Prior Order should be removed from GovInfo.gov. In the event that the Court's Prior Order is not removed from GovInfo.gov, the Debtor shall file a pleading so notifying the Court.

5) Upon expiration of the 14th day, if the Debtor has not filed a subsequent pleading, the Clerk shall re-close the case.

[Signed and dated above.]

Copies to: Debtor; recipients of e-notification of orders.